ORIGINAL

wesleymckenziepet

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00035 |
| Plaintiff, | ) |
| vs. | ) **PETITION FOR WRIT** |
| WESLEY DELBERT MCKENZIE, | ) **OF REMOVAL** |
| Defendant. | ) |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On November 10, 2004, the United States Attorney's Office, for the District of Nevada filed a Complaint charging the defendant with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073;

2. On November 10, 2004, U.S. Magistrate Judge Leen, U.S. District Court for the District of Nevada, issued a no bail warrant of arrest for the defendant to be brought to the District of Nevada to answer charges of the complaint. A copy of the complaint and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On July 7, 2005, the defendant was located at Manila, Philippines and was arrested. On July 8, 2005 the defendant arrived on Guam.

1 　　　　WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for
2 said defendant from the District of Guam to the District of Nevada.
3 　　　　DATED this 8th day of July 2005.

4 　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　United States Attorney
5 　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

7 　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　RUSSELL C. STODDARD
8 　　　　　　　　　　　　　　　　　　First Assistant U.S. Attorney

OJ1 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
v.

WESLEY DELBERT MCKENZIE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-S-04-2262-PAL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in **Clark** county, in the _____ District of **Nevada** defendant(s), did: willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Olongapo City, Phillipines, or other areas not currently known, after committing the crimes of 3 cts. Sexual Assault Victim Under 14 years of age and 8 cts. Lewdness with a minor under 14 years of age. These are felonies under the laws of the State of Nevada, Nevada Revised Statutes (NRS) 200.366 and 201.230, respectively.

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(n) **Task Force Officer** and that this complaint is based on the following facts:

On 02/18/2004, an incident crime report was filed with the Las Vegas Metropolitan Police Department (LVMPD) listing a fourteen year old child as the victim of sexual abuse that had been occurring over the last five years. As a result of the investigation conducted by the LVMPD Sexual Assault Unit, Wesley Delbert Mckenzie, father of the victim, was identified as the offender. On 04/09/2004, a Las Vegas, Nevada, Justice Court warrant (04F06152X) was issued for the defendant, Wesley Delbert Mckenzie. This warrant is for 3 Counts Sexual Assault Victim Under 14 and 8 Counts Lewdness with a Minor Under 14.

Extensive efforts by the Las Vegas Metropolitan Police Department to locate Mckenzie in Las Vegas, Nevada, have been unsuccessful. On 11/04/2004, an interview was conducted with Mckenzie's wife, Crestita Mckenzie. Mrs. Mckenzie stated that the defendant left for the Phillipine Islands and refuses to return for fear of arrest. Investigation confirmed that Mckenzie has a United States Passport. For this reason, it is believed that the defendant committed the crimes mentioned above in the State of Nevada, traveled to Olongapo City, Phillipine Islands

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

/S/
Signature of Complainant

JACK CLEMENTS
Task Force Officer, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,
By PEGGY A. LEEN

Date 11-10-2004

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at Las Vegas, Nevada, and/or locations currently not known.
City and State

PEGGY A. LEEN
Signature of Judicial Officer

# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
V.

WESLEY DELBERT MCKENZIE

**WARRANT FOR ARREST**

CASE NUMBER: MJ-S-04-2262-PAL

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WESLEY DELBERT MCKENZIE

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Flight To Avoid Prosecution

I attest and certify on __11-10-04__ that this is a full true and correct copy of the original document.
PEGGY A. LEEN
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By _Carol K. Knight_ Deputy
___ Secretary

in violation of Title __18__ United States Code, Section(s) __1073__

PEGGY A. LEEN
Name of Issuing Officer

PEGGY A. LEEN
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11-10-2004  Las Vegas, Nevada
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |