# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00035**          **DATE: 07/08/2005**          TIME:

HON. ROBERT M. TAKASUGI, Designated Judge, Presiding
Court Recorder: Wanda M. Miles
Hearing Electronically Recorded: 3:15:13 - 3:19:00

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: WESLEY DELBERT MCKENZIE**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY : KIM SAVO**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: RUSSELL STODDARD**

**AGENT: JASON FERGURSON, F.B.I.**

**U.S. PROBATION: STEPHEN GUILLIOT**

**U.S. MARSHAL: J. CURRY**

**PROCEEDINGS: - INITIAL APPEARANCE / WAIVER OF IDENTITY / WARRANT OF REMOVAL**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER_, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**The Government requested the Court to remove Defendant to the District of Nevada so that he may answer to the charges made against him. Defense stated her client has executed a waiver of identity and that she has advised him of his rights. She requested the Court to preserve Defendant's rights to a preliminary hearing. The Court executed the Warrant of Removal and Ordered Defendant to be delivered to the United States Marshal for the District of Nevada or to some other officer authorized to receive him.**