
**FILED**

DISTRICT COURT OF GUAM

JUL 1 1 2005 *mloc*

MARY L.M. MORAN
CLERK OF COURT



1
2
3
4
5
6
7
8
9
10
11
12
13
14

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

**WESLEY DELBERT MCKENZIE,**

        Defendant.

MAGISTRATE CASE NO. **05-00035**

O R D E R

15
16
17
18
19
20
21
22
23
24
25
26
27
28

    IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

    Dated this 8th day of July, 2005.

ROBERT M. TAKASUGI, Designated Judge
U.S. DISTRICT COURT OF GUAM