ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT

(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WESLEY DELBERT MCKENZIE, Defendant. | ) MAGISTRATE CASE NO. 05-00035 ) ) **WAIVER OF IDENTITY AND ORDER** |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of Nevada where there is a warrant outstanding for his arrest.

8 July 2005
DATE

WESLEY DELBERT MCKENZIE
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
RUSSELL C. STODDARD
First Assistant U.S. Attorney

\*\*\*\*\*ORDER\*\*\*\*\*

WESLEY DELBERT MCKENZIE, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, WESLEY DELBERT MCKENZIE, is committed to the U.S. Marshal's Office for the District of Guam for removal to the District of Nevada and there deliver him to the U.S. Marshal for the District of Nevada or to some other officer authorized to receive him.

_7/11/05_
DATE

ROBERT M. TAKASUI\*
**United States District Judge**
District Court of Guam

\*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation