ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 11 2005 /nka/
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>vs.<br>WESLEY DELBERT MCKENZIE,<br>              Defendant. | MAGISTRATE CASE NO. 05-00035<br><br>WARRANT OF REMOVAL |

TO: U.S. MARSHAL
     District of Guam

    A Complaint for defendant, WESLEY DELBERT MCKENZIE, having been filed in the United States District Court for the District of Nevada, Docket No. MJ-S-04-2262-PAL, charging WESLEY DELBERT MCKENZIE, with Unlawful Flight to Avoid Prosecution and a Warrant for Arrest having issued for his arrest, and

    Said WESLEY DELBERT MCKENZIE, having been arrested in this District on a warrant of arrest issued pursuant to the above complaint, admitted identity, and to being held to answer in the District of Nevada, WESLEY DELBERT MCKENZIE is committed to your custody pending removal to the District of Nevada;

    You are therefore commanded to remove WESLEY DELBERT MCKENZIE forthwith to the District of Nevada and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

    DATED this _____ day of July 2005.

RECEIVED
JUL -8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ROBERT M. TAKASUGI*
UNITED STATES DISTRICT JUDGE
District Court of Guam

*The Honorable Robert M. Takasugi, United District Court Judge for the Central District of California, sitting by designation